IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RHONDA REECE                                                                              PLAINTIFF

v.                                        NO.  4:05CV00157 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE